IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG'S PRODUCE, INC.<br><br>        Plaintiff,<br>  v.<br><br>ANO SAMIKO, INC., ET AL.<br>        Defendant.<br>                                        / | NO. CV 09-00659 JW<br>**ORDER CLOSING CASE** |

    Pursuant to the Court's Judgment entered on March 18, 2009, the Clerk shall close this file. (See Docket Item No. 21.)

Dated: March 25, 2009

                                            JAMES WARE<br>
                                            United States District Judge